IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| TOM G. PALMER, et al., | ) | No. 14-7180 |
| | ) | |
| Plaintiffs-Appellees, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DISTRICT OF COLUMBIA, et al., | ) | |
| | ) | |
| Defendants-Appellants. | ) | |
| _____ | ) | |

CERTIFICATE AS TO PARTIES, RULINGS AND RELATED CASES

## A.  Parties and Amici

Plaintiffs below were Tom G. Palmer, Amy McVey, Edward Raymond, George Lyon, and Second Amendment Foundation, Inc. All plaintiffs are Appellees before this Court.

Defendants below were Cathy Lanier and the District of Columbia. All Defendants are Appellants before this Court.

No amici appeared in the District Court below.

## B.  Rulings under Review

The rulings under review are: (1) the Memorandum Opinion and Order of the United States District Court for the District of Columbia,

1

per the Hon. Frederick J. Scullin, Jr., Dist. Ct. Dkt. 51, entered July 26, 2014, granting Plaintiff-Appellees' motion for summary judgment and denying Defendant-Appellants' motion for summary judgment, 2014 U.S. Dist. LEXIS 101945, 2014 WL 3702854; (2) the District Court's final judgment entered pursuant to that Memorandum Opinion and Order, Dist. Ct. Dkt. 54; and (3) the District Court's Memorandum Opinion and Order denying Defendant-Appellants' motion for reconsideration, Dist. Ct. Dkt. 75, entered Nov. 6, 2014.

The lower court's decisions are not yet published.

## C.  Related Case: *Dearth* v. *Holder*, No. 12-5305

The case on review has not been before the Court. Appellees note that this case was the subject of a petition for a writ of mandamus to expedite the lower court's decision. *In re Palmer*, No. 13-5317. However, that original proceeding, denied without prejudice, did not call upon or occasion the Court to consider any issue in the case.

This case is related to *Dearth* v. *Holder*, currently pending in this Court as No. 12-5305, argued September 19, 2013. "'[A]ny other related cases' means any case involving substantially the same parties and the same or similar issues." D.C. Cir. R. 28(a)(1)(C). The cases are related:

1. "Substantially the same parties"

Both cases were brought by Appellee Second Amendment Foundation, Inc., on behalf of its members, some of whom are present in each case. The Foundation and its members are represented by the same counsel in both cases. Both cases were brought against federal entities: *Dearth*, against federal officers acting in their official capacity; and this case, against a federal enclave.

2. "The Same or Similar Issues"

The essential issue in this appeal is whether the Second Amendment secures an individual right to carry handguns outside the home for the purpose of self-defense. Defendant-Appellants contend that the Second Amendment extends only to the home.

In *Dearth*, this Court ordered the parties to brief, inter alia, the following question: "Whether the Second Amendment extends beyond the home." See Per Curiam Order, *Dearth* v. *Holder*, No. 12-5305, Jan. 10, 2014. Briefing on this topic was complete as of March 12, 2014.

Respectfully, "in the interest of judicial economy and consistency of decisions," Internal Op. P. X.E.2, this case should be considered on the merits by the panel convened in No 12-5305.

Dated: November 19, 2014

Respectfully submitted,

Alan Gura
Gura & Possessky, PLLC
105 Oronoco Street, Suite 305
Alexandria, VA 22314
703.835.9085/703.997.7665

By: /s/ Alan Gura
Alan Gura

Attorney for Appellees

CERTIFICATE OF SERVICE

I certify that on this 19th day of November, 2014, I filed the foregoing electronically with the Clerk of the Court using the CM/ECF System. I further certify that I will submit any required paper copies to the Court. I further certify that counsel for Defendants-Appellants is a registered CM/ECF user and will be served via the CM/ECF system.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 19th day of November, 2014.

/s/ Alan Gura
Alan Gura

*Counsel for Plaintiffs-Appellees*