# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 14-7180**          **September Term, 2014**

1:09-cv-01482-FJS

Filed On: January 16, 2015

Tom G. Palmer, et al.,

    Appellees

    v.

District of Columbia and Cathy L. Lanier,

    Appellants

**BEFORE:** Rogers, Tatel, and Brown, Circuit Judges

## O R D E R

Upon consideration of the motion for summary affirmance; and the motion to hold case in abeyance, the opposition thereto, and the reply, it is

**ORDERED** that the motion to hold case in abeyance be denied. It is

**FURTHER ORDERED** that the motion for summary affirmance be denied. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam).

Because the court has determined that summary disposition is not in order, the Clerk is instructed to calendar this case for presentation to a merits panel.

**Per Curiam**