NOT YET SCHEDULED FOR ORAL ARGUMENT

No. 14-7180

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

TOM PALMER, *et al.*,
APPELLEES,

v.

DISTRICT OF COLUMBIA, *et al.*,
APPELLANTS.

ON APPEAL FROM A JUDGMENT OF THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**MOTION OF APPELLANTS TO ENLARGE THE
BRIEFING SCHEDULE BY 30 DAYS**

The District of Columbia and Metropolitan Police Department Chief Cathy L. Lanier ("the District") move to enlarge the briefing schedule by 30 days, resulting in the following deadlines.

- Appellants' Brief             April 15, 2015
- Appendix                      April 15, 2015
- Appellees' Brief              May 15, 2015
- Appellants' Reply Brief       May 29, 2015

Undersigned counsel sought the appellees' position on this relief on February 24, 2015, and again on February 25, 2015. Although their attorney stated he would likely oppose the motion, he indicated he was considering the matter, and the District has been unable to obtain confirmation as to his final position.

There is good cause for the requested extension. Undersigned counsel is carrying an extremely heavy case load. She has been assigned numerous cases in this Court and the District of Columbia Court of Appeals, including: *Adams v. District of Columbia*, D.C. Cir. No. 14-7092; *Owens v. District of Columbia*, D.C. Cir. No. 13-7039; *Jones v. District of Columbia*, D.C. Cir. No. 13-7177; *Smith v. District of Columbia*, D.C. Cir. No. 14-7120; *Rodriguez v. District of Columbia*, DCCA No. 13-CV-1027; *Dupree v. D.C. Office of Employee Appeals and D.C. Department of Corrections*, DCCA No. 14-CV-860; *Tucker v. District of Columbia*, DCCA No. 14-CV-98; *Tingling-Clemmons v. District of Columbia*, DCCA No. 13-CV-954; *Porter v. D.C. Department of Fire and Emergency Medical Services*, DCCA No. 14-CV-632; and *Badgett v. District of Columbia*, DCCA No. 13-CV-1029. Her work on assorted motions, mediations, briefs, and oral arguments in these other appeals has detracted from the time available to research and write the District's brief here.

Enlargement of the briefing schedule is unlikely to affect the scheduling of argument. Under the current schedule, briefing would not be complete until April 29, 2015, making it unlikely that this Court would schedule argument before its

sitting period ends in May. And with a 30-day enlargement, briefing will be complete three months before this Court's next sitting period begins.

                              Respectfully submitted,

                              KARL A. RACINE
                              Attorney General for the District of Columbia

                              TODD S. KIM
                              Solicitor General

                              LOREN L. ALIKHAN
                              Deputy Solicitor General

                              /s/ Holly M. Johnson
                              HOLLY M. JOHNSON
                              Assistant Attorney General
                              Bar Number 476331
                              Office of the Solicitor General

                              Office of the Attorney General
                              441 4th Street, NW, Suite 600S
                              Washington, D.C. 20001
                              (202) 442-9890
                              (202) 715-7713 (fax)
February 2015                  holly.johnson@dc.gov

## CERTIFICATE OF SERVICE

I certify that on February 27, 2015, electronic copies of this motion were served through the Court's ECF system, to:

Alan Gura, Esq.
Gura & Possessky, PLLC
105 Oronoco Street, Suite 305
Alexandria, VA 22314

        /s/ Holly M. Johnson
        HOLLY M. JOHNSON