NOT YET SCHEDULED FOR ORAL ARGUMENT

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| TOM G. PALMER, et al., | ) | No. 14-7180 |
| | ) | |
| Plaintiffs-Appellees, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DISTRICT OF COLUMBIA, et al., | ) | |
| | ) | |
| Defendants-Appellants. | ) | |
| _____ | ) | |

APPELLEES' RESPONSE TO APPELLANTS' MOTION
TO ENLARGE BRIEFING SCHEDULE

Appellees consent to the relief sought by Appellants, on condition that this be the *last* delay in moving this case forward at this time.

Appellees are sympathetic to opposing counsel's scheduling difficulties, and would be happy to agree to the proposed accommodation. But Appellees have concerns of their own. This case has seen extreme and unusual delays. Six weeks ago, this Court denied Appellants' motion to hold the case in abeyance. Appellees would object to the same relief being granted in the guise of serial extensions.

1

Dated: March 2, 2015	Respectfully submitted,

Alan Gura
Gura & Possessky, PLLC
105 Oronoco Street, Suite 305
Alexandria, VA 22314
703.835.9085/703.997.7665

By:	/s/ Alan Gura
Alan Gura

Attorney for Appellees

2

## CERTIFICATE OF SERVICE

I certify that on this 2nd day of March, 2015, I filed the foregoing electronically with the Clerk of the Court using the CM/ECF System. I further certify that I will submit any required paper copies to the Court. I further certify that counsel for Defendants-Appellants is a registered CM/ECF user and will be served via the CM/ECF system.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 2nd day of March, 2015.

                                        /s/ Alan Gura
                                        Alan Gura

                                        *Counsel for Plaintiffs-Appellees*