# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 14-7180                          September Term, 2014

1:09-cv-01482-FJS

Filed On: March 2, 2015 [1540276]

Tom G. Palmer, et al.,

       Appellees

   v.

District of Columbia and Cathy L. Lanier,

       Appellants

## O R D E R

Upon consideration of appellants' motion to enlarge the briefing schedule by thirty days, and the response thereto, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellants' Brief | April 15, 2015 |
| Appendix | April 15, 2015 |
| Appellees' Brief | May 15, 2015 |
| Appellants' Reply Brief | May 29, 2015 |

                                       FOR THE COURT:
                                       Mark J. Langer, Clerk

                  BY:    /s/
                                       Michael C. McGrail
                                       Deputy Clerk