NOT YET SCHEDULED FOR ORAL ARGUMENT

No. 14-7180

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

TOM PALMER, *et al.*,
APPELLEES,

v.

DISTRICT OF COLUMBIA, *et al.*,
APPELLANTS.

ON APPEAL FROM A JUDGMENT OF THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**MOTION OF APPELLANTS TO VOLUNTARILY DISMISS THIS APPEAL**

The District of Columbia and Metropolitan Police Department Chief Cathy L. Lanier ("the District") move to voluntarily dismiss this appeal. After the district court enjoined the District from enforcing the handgun laws at issue in this case, D.C. Code §§ 7-2502.02(a)(4) and 22-4504(a) (2012), the Council for the District of Columbia passed new laws allowing individuals to apply for gun licenses, which have superseded the regime at issue here, *see* License to Carry a Pistol Amendment Act of 2014, Bill 20-930 (signed Feb. 6, 2015 and transmitted to Congress March

6, 2015)[1]; License to Carry a Pistol Emergency Amendment Act of 2014, Bill 20-926, 61 D.C. Reg. 10765 (Oct. 17, 2014).  Rather than defend its previous handgun law, the District will focus on defending challenges to its current licensing regime, which complies with the district court's ruling.

The appellees do not oppose to this relief.  The parties agree that each should bear its own costs.

Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

TODD S. KIM
Solicitor General

LOREN L. ALIKHAN
Deputy Solicitor General

/s/ Holly M. Johnson
HOLLY M. JOHNSON
Assistant Attorney General
Bar Number 476331
Office of the Solicitor General

Office of the Attorney General
441 4th Street, NW, Suite 600S
Washington, D.C. 20001
(202) 442-9890
(202) 715-7713 (fax)
holly.johnson@dc.gov

April 2015

---

[1] *See* http://lims.dccouncil.us/Legislation/B20-0930?FromSearchResults=true. The bill is expected to become law on May 30, 2015.

## CERTIFICATE OF SERVICE

I certify that on April 2, 2015, electronic copies of this motion were served through the Court's ECF system, to:

Alan Gura, Esq.
Gura & Possessky, PLLC
105 Oronoco Street, Suite 305
Alexandria, VA 22314

                                        /s/ Holly M. Johnson
                                        HOLLY M. JOHNSON