# United States Court of Appeals
### For The District of Columbia Circuit

**No. 14-7180**             **September Term, 2014**

1:09-cv-01482-FJS

Filed On: April 2, 2015 [1545602]

Tom G. Palmer, et al.,

    Appellees

    v.

District of Columbia and Cathy L. Lanier,

    Appellants

## O R D E R

Upon consideration of appellants' motion to dismiss the appeal, it is

**ORDERED** that the motion be granted, and this case is hereby dismissed.

The Clerk is directed to transmit forthwith to the United States District Court for the District of Columbia a certified copy of this order in lieu of formal mandate.

                                          **FOR THE COURT:**
                                          Mark J. Langer, Clerk

                           BY:    /s/
                                          Mark A. Butler
                                          Deputy Clerk